IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD W. ELAM,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 3:20-CV-00948-MAB<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

  **IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Mark A. Beatty (Doc. 23), the Commissioner's final decision denying Plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

  Judgment is entered in favor of Plaintiff Donald W. Elam and against Defendant Commissioner of Social Security.

  DATED: March 18, 2022

               **MONICA A. STUMP,**
               **Clerk of Court**

               BY: _/s/ Jennifer Jones_
                  **Deputy Clerk**

APPROVED: /s/ Mark A. Beatty
       **MARK A. BEATTY**
       **United States Magistrate Judge**